**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**WENDELL LOOS,**

           **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Case No.  6:05-cv-1119-Orl-22DAB**

**JO ANNE B. BARNHART, Commissioner**
**of Social Security,**

           **Defendant.**

_____

## ORDER

This cause is before the Court on Plaintiff's Complaint seeking review of a final decision of the Commissioner of the Social Security Administration (the Commissioner) denying his claim for Disability Insurance Benefits and Supplemental Security Income benefits. (Doc. No. 1).

The United States Magistrate Judge has submitted a report recommending that the decision of the Commissioner be affirmed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed July 11, 2006 (Doc. No. 14) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The decision of the Commissioner is hereby **AFFIRMED**.

Case 6:05-cv-01119-ACC-DAB   Document 15   Filed 07/31/06   Page 2 of 2 PageID 75

3.	The Clerk is directed to enter Judgement providing that the Decision of the Commissioner of the Social Security Administration is AFFIRMED.

4.	The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on July 31, 2006.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record

-2-